1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   MICHAEL J. CHILLEEN, Cal Bar No. 210704
2  ABIGAIL C. ZEIMIS, Cal Bar No. 347011
   650 Town Center Drive, 10th Floor
3  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
4  Facsimile:  714.513.5130
   E mail      mchilleen@sheppardmullin.com
5              azeimis@sheppardmullin.com

6  Attorneys for Defendant,
   SENTRY INSURANCE COMPANY

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11  DANA HUGHES, individually and on       Case No. 2:25-cv-06693-SRM-PD
    behalf of all other similarly situated,   Honorable Serena R. Murillo, Dept 5D
12
              Plaintiff,
13                                          **DEFENDANT'S NOTICE OF
        v.                                  MOTION AND MOTION TO
14                                          DISMISS PLAINTIFF'S
    SENTRY INSURANCE COMPANY, a             COMPLAINT**
15  Wisconsin corporation; and DOES
    1through 25, inclusive,
16
              Defendants.
17                                          **DATE: September 10, 2025
                                            TIME: 1:30 p.m.
18                                          DEPT: 5D**

19

20                                          Action Filed:    July 22, 2025
                                            Trial Date:      None Set
21

22

23

24

25

26

27

28

1    **TO THE HONORABLE JUDGES OF THE UNITED STATES**

2    **DISTRICT COURT, THE CLERK OF THE COURT, TO ALL PARTIES**

3    **AND THEIR ATTORNEYS OF RECORD:**

4    **PLEASE TAKE NOTICE** that on September 10, 2025 at 1:30 p.m. in

5    Courtroom 5D of the above-entitled Court located at the First Street Courthouse,

6    350 W. 1st Street, Los Angeles, California 90012, Defendant Sentry Insurance

7    Company ("Defendant") will, and hereby does, move the Court, pursuant to Rule

8    12(b)(6) of the Federal Rules of Civil Procedure, to Dismiss Plaintiff Dana Hughes'

9    ("Plaintiff") Complaint for failure to state a claim upon which relief can be granted.

10   Defendant brings this motion on the following grounds:  First, section 638.51

11   applies only to telephone communications – not website technologies as evidenced

12   by the text of the statute itself and its legislative history.  Second, Defendant is

13   exempt from liability because it is a provider of an electronic communication

14   service, namely its Website.  Third, Plaintiff fails to allege any concrete injury to

15   confer standing.

16   This motion is made following the conference of counsel pursuant to L.R. 7-3

17   which took place on August 6, 2025.  Declaration of Michael J. Chilleen ("Chilleen

18   Decl."), ¶ 2.

19   This Motion is based on this Notice of Motion and Motion, the Declaration of

20   Michael J. Chilleen, the Request for Judicial Notice, the Memorandum of Points and

21   Authorities, the [Proposed] Order, the record and files herein, and such other

22   evidence as may be admitted at the time of the hearing of the motion.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

-1-

SMRH:4904-7921-8523.1                                           NOTICE OF MOTION AND MOTION TO DISMISS

Dated:  August 13, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _____/s/ Michael J. Chilleen_____
                MICHAEL J. CHILLEEN

Attorneys for Defendant,
SENTRY INSURANCE COMPANY

-2-