SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MICHAEL J. CHILLEEN, Cal Bar No. 210704
ABIGAIL C. ZEIMIS, Cal Bar No. 347011
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130
E mail        mchilleen@sheppardmullin.com
               azeimis@sheppardmullin.com

Attorneys for Defendant,
SENTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUGHES, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, a Wisconsin corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06693-SRM-PD<br>Honorable Serena R. Murillo, Dept 5D<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DATE: October 8, 2025**<br>**TIME: 1:30 p.m.**<br>**DEPT: 5D**<br><br>Action Filed:     July 22, 2025<br>Trial Date:        None Set |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, THE CLERK OF THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 8, 2025 at 1:30 p.m. in Courtroom 5D of the above-entitled Court located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendant Sentry Insurance Company ("Defendant") will, and hereby does, move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to Dismiss Plaintiff Dana Hughes' ("Plaintiff") First Amended Complaint for failure to state a claim upon which relief can be granted.

Defendant brings this motion on the following grounds: First, section 638.51 applies only to telephone communications – not website technologies as evidenced by the text of the statute itself and its legislative history. Second, Defendant is exempt from liability because it is a provider of an electronic communication service, namely its Website. Third, Plaintiff fails to allege any concrete injury to confer standing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 6, 2025 and September 9, 2025. Declaration of Michael J. Chilleen ("Chilleen Decl."), ¶ 2.

This Motion is based on this Notice of Motion and Motion, the Declaration of Michael J. Chilleen, the Request for Judicial Notice, the Memorandum of Points and Authorities, the [Proposed] Order, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: September 10, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Michael J. Chilleen*
     MICHAEL J. CHILLEEN

Attorneys for Defendant,
SENTRY INSURANCE COMPANY

-2-

SMRH:4919-6216-5351.1      NOTICE OF MOTION AND MOTION TO DISMISS